UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNI ALFRED MOORE,<br><br>   Plaintiff,<br><br>   v.<br><br>RICK HILL, et al.,<br><br>   Defendants. | No. 2:22-cv-0758 DJC AC P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed January 30, 2024, plaintiff's complaint was screened, and he was given the option of amending the complaint or proceeding immediately on cognizable claims only. ECF No. 14. Plaintiff has now notified the court that he would like to amend the complaint. ECF No. 17.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have thirty days from the service of this order to file an amended complaint as outlined in the January 30, 2024 screening order. If plaintiff fails to file an amended complaint, the case will proceed on the original complaint, as screened, and it will be recommended that all claims and defendants, except for the retaliation claim against defendants Bailey, Critz, and Marshall be dismissed without prejudice.

////

////

1

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: February 28, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE