1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SIDNI ALFRED MOORE,                              No.  2:22-cv-0758 DC AC P

12                  Plaintiff,

13           v.                                        ORDER

14    RICK HILL, et al.,

15                  Defendants.

16

17          On January 31, 2025, defendants filed a motion to revoke plaintiff's in forma pauperis

18    status.  ECF No. 39.  They then filed a motion to dismiss on February 6, 2025.  ECF No. 40.

19    Plaintiff has not opposed either motion.  Good cause appearing, IT IS HEREBY ORDERED that

20    within twenty-one days after the filing date of this order, plaintiff shall file and serve oppositions

21    or statements of non-opposition to both the motion to revoke his in forma pauperis status and the

22    motion to dismiss.  Failure to comply with this order will result in a recommendation that this

23    action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil

24    Procedure 41(b).

25    DATED: March 10, 2025

26                                                    ALLISON CLAIRE
                                                      UNITED STATES MAGISTRATE JUDGE
27

28

                                                      1