UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNI ALFRED MOORE,<br><br>Plaintiff,<br><br>v.<br><br>RICK HILL, et al.,<br><br>Defendants. | No. 2:22-cv-00758-DC-AC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. Nos. 26, 39, 40, 44) |

Plaintiff Sidni Alfred Moore is proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 12, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(b) due to Plaintiff's failure to prosecute. (Doc. No. 44.) In particular, Plaintiff failed to timely file oppositions or statements of non-opposition to Defendants' pending motions, and Plaintiff failed to comply with the court's order issued on April 7, 2025, directing him to do so. (Doc. No. 43.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 44 at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

Further, the service copy of those findings and recommendations that was mailed to Plaintiff at his address of record was returned to the court marked as "Undeliverable, Vacant, Unable to forward." Thus, pursuant to Local Rule 183, Plaintiff was required to file a notice of his change of address with the court no later than July 7, 2025, and he has not done so.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations issued on May 12, 2025 are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on May 12, 2025 (Doc. No. 44) are ADOPTED in full;
2. This action is dismissed, without prejudice, due to Plaintiff's failure to prosecute this action;
3. Defendants' pending motions (Doc. Nos. 39, 40) are denied as having been rendered moot by this order;
4. The findings and recommendations issued on October 15, 2024 (Doc. No. 26) have been rendered moot by this order; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **July 16, 2025**

Dena Coggins
United States District Judge